**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION**

EMILY DEY; SAMANTHA MCBRIDE;
and MADISON BARNHILL, individually
and on behalf of all others similarly situated                                    PLAINTIFFS

v.                                        No. 4:18-cv-790-BRW

CONWAY URBAN AIR, LLC and
UATP MANAGEMENT, LLC                                                              DEFENDANTS

## JOINT MOTION TO DISMISS WITH PREJUDICE AND FOR APPROVAL OF SETTLEMENT AGREEMENT

Plaintiffs Emily Dey, Samantha McBride, Madison Barnhill, and Bo Harmon (collectively, "Plaintiffs") and Defendants Conway Urban Air, LLC ("Urban Air") and UATP Management, LLC ("UATP"), by and through their undersigned attorneys, for their Joint Motion to Dismiss with Prejudice and for Approval of Settlement Agreement, state:

1.   Dey, McBride, and Barnhill commenced this action against Urban Air and separate defendant UATP on October 25, 2018, for violations of the Fair Labor Standards Act ("FLSA"), 29 U.S.C. § 201, *et seq.* and the Arkansas Minimum Wage Act ("AMWA"), Ark. Code Ann. § 11-4-201, *et seq.* Document #1. Harmon filed a Consent to Join Collective Action on November 9, 2018. Document #3. An Amended and Substituted Complaint – Class and Collective Action was filed by Dey, McBride, and Barnhill on December 11, 2018, again alleging violation of the FLSA and the AMWA. Document #13. Plaintiffs allege that Urban Air and UATP failed to pay employees an overtime premium for hours worked in excess of forty in a workweek. *Id*.

2.   Dey, McBride, and Barnhill filed a Motion for Conditional Certification on December 21, 2018, to which Urban Air and UATP each filed Responses in Opposition.

1

Document ##18, 25, 26, and 27.   On January 31, 2019, the Court denied the Motion for Conditional Certification without prejudice in part because the proposed class definition was too broad. Document #28.

3. The parties have reached a settlement agreement resolving this action in its entirety, subject to this Court's approval of the Settlement Agreement, which is attached to this Joint Motion as Exhibit 1.

4. The parties believe that the settlement agreement represents a fair and reasonable compromise over the issues.

5. For the purposes of settlement only, the parties request the Court to appoint Josh Sanford and Sean Short of Sanford Law Firm, PLLC as group counsel and certify a settlement group composed of the twenty-three individuals employed at Urban Air Trampoline and Adventure Park in Conway, Arkansas, who in the past three years worked more than forty hours in a work week but were only compensated for those excess hours at their regular rate of pay.

6. The parties also request that the Court approve the Notice of Settlement, which the parties believe adequately explains the nature of the action, the terms of the settlement, and the legal rights to be relinquished by accepting payment pursuant to the settlement, which is attached to this Joint Motion as Exhibit #2.

7. Finally, the parties request that the Court dismiss this action with prejudice as to both Urban Air and UATP pursuant to Federal Rule of Civil Procedure 41(a)(2).

8. If this Joint Motion is granted, the parties request that the Court retain jurisdiction over this action for the sole purpose of determining whether the settlement should be enforced upon motion of any party.

WHEREFORE, Plaintiffs Emily Dey, Samantha McBride, Madison Barnhill, and Bo Harmon and Defendants Conway Urban Air, LLC and UATP Management, LLC, pray that the Court appoint Josh Sanford and Sean Short as group counsel, certify the agreed-upon settlement group, approve the Settlement Agreement, approve the Notice of Settlement, and dismiss this action with prejudice.

Respectfully submitted,

Josh Sanford, Ark. Bar No. 200137
Sean Short, Ark. Bar No. 2015079
SANFORD LAW FIRM, PLLC
One Financial Center
650 S. Shackleford, Suite 411
Little Rock, Arkansas 72211
Phone: 501-221-0088
*josh@sanfordlawfirm.com*
*sean@sanfordlawfirm.com*

*Counsel for Plaintiffs*

Kathlyn Graves, Ark. Bar No. 76045
Nathan A. Read, Ark Bar No. 2012137
Lauren S. Grinder, Ark Bar No. 2015229
MITCHELL, WILLIAMS, SELIG,
GATES & WOODYARD, P.L.L.C.
425 West Capitol Avenue, Suite 1800
Little Rock, Arkansas 72201
Phone: 501-688-8800
*kgraves@mwlaw.com*
*nread@mwlaw.com*
*lgrinder@mwlaw.com*

*Counsel for Separate Defendant,*
*Conway Urban Air, LLC*

S. Brent Wakefield, Ark. Bar No. 99144
BARBER LAW FIRM PLLC
3400 Simmons Tower
425 West Capital Avenue
Little Rock, Arkansas 72201
501-372-6175
*brent.wakefield@barberlawfirm.com*
*Counsel for Separate Defendant,*
*UATP Management, LLC*